UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA Division

In re:

APRIL R WESCOTT

Debtor

Chapter 13

Case No. 20-11258-amc

AFFIDAVIT IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Joelly M. Carvajal, declare under penalty of perjury as follows:

1. I am employed as a _Contract Management coordinator_ of PHH MORTGAGE CORPORATION and am authorized to sign this Affidavit on behalf of PHH MORTGAGE CORPORATION, as Servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST SERIES 2006-3 (the "Movant"). This Affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. I make this affirmation based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of PHH MORTGAGE CORPORATION. As part of my job responsibilities for PHH MORTGAGE CORPORATION, I have personal knowledge of and am familiar with the types of records maintained by PHH MORTGAGE CORPORATION in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records, I have access to and have reviewed the books, records and files of PHH MORTGAGE CORPORATION that pertain to the Loan and extension of credit given to Debtors concerning the property securing such Loan.

3. The information in this affidavit is taken from PHH MORTGAGE CORPORATION's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by person with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of PHH Mortgage Corporation's regularly conducted business activities; and (c) it is the regular practice of PHH MORTGAGE CORPORATION to make such records.

4. NOVARRA MCCALL, DECEASED has executed and delivered or is otherwise obligated with respect to that certain promissory note referenced in the Motion (the

"Note"). NOVARRA MCCALL, DECEASED and APRIL R WESCOTT have executed and delivered or are otherwise obligated with respect to that certain Mortgage referenced in the Motion (the "Mortgage"). Pursuant to that certain Mortgage referenced in the Motion, all obligations of the Borrowers under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5. As of May 8, 2020, there are one or more defaults in paying Debtor's post-petition amounts due with respect to the Note.

6. As of May 8, 2020, the total unpaid principal balance is $49,641.14 which includes the unpaid principal balance of $34,536.14 and deferred principal balance of $15,105.00.

7. The monthly post-petition payment amount is $617.09. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtor as of May 8, 2020:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 03/01/2020 | 05/01/2020 | $146.21 | $470.88 | $617.09 | $1,851.27 |
| Less post-petition partial payments (suspense balance): | | | | | | $0.00 |
| | | | | | Total: | $1,851.27 |

8. As of May 8, 2020, the total post-petition arrearage/delinquency is $1,851.27 consisting of (i) the foregoing total of missed post-petition payment in the amount of $1,851.27 plus (ii) the following post-petition fees:

| Description | Amount |
|---|---|
| n/a | n/a |

9. Attached hereto as Exhibit "A" is a post-petition payment history.

10. As of May 8, 2020, the debtor is in default for failure to make timely post-petition payments in the amount of $1,851.27.

11. The pre-petition arrearage is $3,175.43 pursuant to the Proof of Claim filed by Movant. As of the date of this affidavit, the Chapter 13 plan **has not** been confirmed.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 16 day of June, 2020.

Signature
Name: Joelly M. Carvajal
Title: Contract Management Coordinator

PHH MORTGAGE CORPORATION, as Servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST SERIES 2006-3

STATE    OF    FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of [✓] physical presence or [ ] online notarization, this 16 day of June, 2020, by Joelly M. Carvajal as Contract Management Coordinator for PHH Mortgage Corporation, as Servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST SERIES 2006-3, who is <u>personally known to me</u> or who has produced _____ as identification.

Signature of Notary Public
Name of Notary Public: Claribel Lopez
Notary Commission Expiration Date: 12/22/2021

Personally known: X
OR Produced Identification: —
Type of Identification Produced: —

Notary Public State of Florida
Claribel Lopez
My Commission GG 140998
Expires 12/22/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE:
APRIL R WESCOTT                    :    BK. No. 20-11258-amc
        Debtor            :
                                   :    Chapter No. 13
DEUTSCHE BANK NATIONAL TRUST       :
COMPANY, AS TRUSTEE FOR MORGAN     :
STANLEY HOME EQUITY LOAN TRUST     :
SERIES 2006-3                      :
        Movant            :    11 U.S.C. §362
    v.                           :
APRIL R WESCOTT                    :
        Respondent

## Exhibit "A"

| Name: | April R Wescott | | | | Completed By: | Avinash | |
|---|---|---|---|---|---|---|---|
| BK Case Number: | 20-11258-amc | | | | | | |
| Filing Date: | 02/28/2020 | | | | | | |
| Post First Due: | 03/01/2020 | | | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| | | | | $    - | $    - | |
| No Payments Received | | | | $    - | $    - | |
| | | | | $    - | $    - | |

| Name: | April R Wescott | | | |
|---|---|---|---|---|
| BK Case Number: | 20-11258-amc | | | |
| Filing Date: | 02/28/2020 | | | |
| Completed by: | Avinash | | | |
| Due Date | Total Payment | P&I | Escrow | NOPC Filed Date |
| 03/01/2020 | $ 617.09 | $ 146.21 | $ 470.88 | |
| 04/01/2020 | $ 617.09 | $ 146.21 | $ 470.88 | |
| 05/01/2020 | $ 617.09 | $ 146.21 | $ 470.88 | |
| | $    - | | | |
| Total Due | $ 1,851.27 | $ 438.63 | $ 1,412.64 | |