UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 24, 2020

To: JEROME B. BLANK, ESQ.
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103

        In re: April R. Wescott
        Bankruptcy No. 20-11258-AMC
        Adversary No.
        Chapter **13**

Re: **Motion to Lift Stay filed by**
Deutsche Bank National Trust Company et al

The above document(s) were filed in this office on 6/22/2020. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

| | |
|---|---|
| ( ) | Voluntary Petition $310.00 |
| ( ) | Adversary Proceeding |
| ( ) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| (X) | Motion Filing Fee $181.00 |

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk


        By: Virginia S. DeBuvitz
         Deputy Clerk

*Fee Notice*
*(11/26/18)*